IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH KNEIPP,

    Plaintiff,

v.

PECO a/k/a EXCELON COMPANY,

    Defendant.

CIVIL ACTION
NO. 12-5929

## ORDER

**AND NOW**, this 8th day of March 2013, upon consideration of Defendant PECO Energy Company's Motion to Dismiss Plaintiff's Complaint (Doc. No. 5), the responses of Plaintiff (Doc.s No. 8, 12) and the arguments of both parties at the February 13, 2013 hearing, it is **ORDERED** that:

1. Defendant's Motion (Doc. No. 5) is **GRANTED**.
2. This case is **DISMISSED WITH PREJUDICE**.
3. The Clerk of Courts shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.